Dismissed and Memorandum Opinion filed July 17, 2003









Dismissed and Memorandum Opinion filed July 17, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00664-CR

NO. 14-03-00665-CR

____________

 

JAMARI KIRK MARTINEZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 183rd District Court

Harris County, Texas

Trial
Court Cause Nos. 899,992 & 900,128

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of aggravated
robbery causing bodily injury in cause number 899,992.  Appellant also entered a guilty plea to the
offense of aggravated robbery with a deadly weapon in cause number
900,128.  In accordance with the terms of
a plea bargain agreement with the State, on May 5, 2003, the trial court sentenced
appellant in each case to confinement for thirteen years in the Texas
Department of Criminal Justice B Institutional Division, with the sentences to be served
concurrently.  Appellant filed a pro se
notice of appeal in each case.  Because
appellant has no right to appeal, we dismiss. 








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that these are a plea bargain cases, and the defendant has no right
of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss both the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Opinion
filed July 17, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.

Do Not Publish C Tex. R. App. P. 47.2(b).